**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 11-cv-00702-PAB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** August 3, 2011 | **Courtroom Deputy:** Linda Kahoe |

LLOYD E. MORRIS,                                             *Pro se*

    Plaintiff,

v.

| | |
|---|---|
| COLORADO HOUSING AND FINANCE AUTHORITY, | Victoria Elena Edwards |
| | Melissa L. Morris |
| WELLS FARGO BANK, N.A., *et al.,* | Nadia G. Malik |
| | Katharine Gray |
| LYNN M. JANEWAY, | Lynn Marie Janeway |
| | David Doughty |
| ROSE CHAMBERLAIN, | *No appearance* |
| CHARLES BANNING, | *No appearance* |
| KAREN TULLY, | *No appearance* |

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:00 a.m.**
Court calls case.  Appearances of counsel.  *Plaintiff Lloyd E. Morris appears pro se.*

Discussion regarding Plaintiff's First Verified Amended Complaint for Verified Amended Complaint for Fraud, Wrongful Foreclosure, and Violations of Federal and State Law, doc #[47], filed 8/2/2011. The court states the Amended Complaint has fundamental problems.

The court suggests that Mr. Morris hire an attorney.

Mr. Morris orally moves withdraw his Amended Complaint.

**ORDERED:**   Plaintiff's oral motion to withdraw the Amended Complaint is **GRANTED**.  Plaintiff's First Verified Amended Complaint for Fraud, Wrongful Foreclosure, and Violations of Federal and State Law, doc #[47] is **WITHDRAWN**.  Within **30 DAYS OF TODAY'S DATE**, Plaintiff may either (1) file a new Motion for Leave to Amend, and attach a copy of the Proposed Amended Complaint; or (2) file a Notice with the court and with the parties indicating that Plaintiff does not intend to amend and would like the court to proceed on the basis of the current original Complaint, doc #[1].  If Plaintiff's counsel enters an appearance within 30 days, the court will set a Status Conference.

Discussion regarding Plaintiff's responses to the motions to dismiss.

Discussion regarding the motions for sanctions.

Mr. Morris orally moves to withdraw his motions for sanctions. Opposing counsel state no objection.

**ORDERED:** Plaintiff's oral motion to withdraw his motions for sanctions is **GRANTED**. The Motion for Sanctions, doc #[15] is **WITHDRAWN without prejudice**. The Motion for Sanctions Against Defendants Wells Fargo Bank N.A. and Chris Hirai, doc #[33] is **WITHDRAWN without prejudice**. The Motion for Sanctions Against Defendant Colorado Housing and Finance Authority, doc #[42] is **WITHDRAWN without prejudice.**

Ms. Janeway orally moves to withdraw her motion for sanctions.

**ORDERED:** Ms. Janeway's oral motion to withdraw her motion for sanctions is **GRANTED**. The Motion for Sanctions, doc #[28] is **WITHDRAWN.**

**ORDERED:** All discovery is **STAYED.**

The court suggests that Plaintiff visit the Tenth Circuit Library and research decisions from the Colorado state courts and the federal courts in the Tenth Circuit.

HEARING CONCLUDED.
**Court in recess:      11:12 a.m.**
Total time in court:    01:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.